EDWARD J. DILLON, Appellant, *v*. THE CITY OF NEW
YORK, Respondent.

*Dillon v. City of New York*, 173 App. Div. 969, affirmed.

(Argued April 24, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered June 12, 1916, affirming a judgment in favor
of defendant entered upon a dismissal of the complaint
by the court at a Trial Term in an action to recover for
personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant in failing
to maintain its sidewalk upon the northerly side of East
One Hundred and Sixty-fifth street, near the Grand
Boulevard and Concourse, in the borough of The Bronx,
in a safe condition. It is alleged that the sidewalk was
upon a steep incline, with an irregular and uneven
surface, and that on January 22, 1911, plaintiff " stumbled
and slipped and fell " by reason of the condition of the
sidewalk. Defendant's answer denied the material alle-
gations of the complaint.

*John T. Fenlon* and *John V. Judge* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley*
and *Charles J. Nehrbas* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.